UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12-51017-705 |
| Karen Wilkes, | ) | |
| | ) | |
| Debtor/Movant, | ) | **mtn 11** |

## ORDER ON MOTION TO SET ASIDE DISCHARGE ORDER FOR THE LIMITED PURPOSE OF FILING REAFFIRMATION AGREEMENT(S)

The matter before the Court is Debtor's Motion to Set Aside Discharge Order for the Limited Purpose of Filing Reaffirmation Agreement(s). Upon consideration of the record as a whole, and for good cause shown, Therefore,

**IT IS ORDERED THAT** Debtor's Motion to Set Aside Discharge Order for the Limited Purpose of Filing Reaffirmation Agreement(s) is GRANTED and the Discharge Order is hereby set aside for the limited purpose of filing Reaffirmation Agreement(s). That the case shall remain open with the earlier of April 4, 2013, or the filing of the Reaffirmation Agreement(s) after which time the Clerk of the Court shall re-enter the Discharge Order and close the case.

DATED: March 7, 2013
St. Louis, Missouri 63102
mtc

CHARLES E. RENDLEN
U.S. Bankruptcy Judge

ORDER Prepared by:
The Law Office of Tracy A. Brown, PC
Attorneys and Counselors at Law
1034 S. Brentwood Blvd., Suite 1830
St. Louis, MO 63117

Copies to:

ALL CREDITORS AND PARTIES IN INTEREST

C:\Temp\notes97830C\Motion to Set Aside Discharge ORDER 3.4.13.doc