

**DENIED**
**MOOT**

Apr 02, 2013

CHARLES E. RENDLEN, III
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12-51017-705 |
| Karen Wilkes, | ) | Chapter 7 |
| | ) | |
| Debtor(s)/Movant(s), | ) | **Motion to Delay Discharge Order** |
| | ) | **for the Limited Purpose of Filing** |
| | ) | **Reaffirmation Agreement(s)** |
| | ) | |
| | ) | The Law Office of Tracy A. Brown |
| | ) | Tracy A. Brown, #61161MO |
| | ) | LaShea Borden #63418MO |
| | ) | Attorneys for Debtor |
| | ) | 1034 S. Brentwood Blvd, Suite 1830 |
| | ) | St. Louis, MO  63117 |
| | ) | (314) 644-0303 |
| | ) | (314) 644-0333 fax |
| | ) | tbrownfirm@bktab.com |

## MOTION TO DELAY DISCHARGE ORDER FOR THE LIMITED PURPOSE OF FILING REAFFIRMATION AGREEMENT(S)

COMES NOW DEBTOR, Karen Wilkes, and for this Motion to Delay Entry of Discharge Order for the Limited Purpose of Filing Reaffirmation Agreement(s), states as follows:

1. That Debtor filed this Chapter 7 Petition on November 15, 2012. David Sosne was the duly appointed, acting and qualified Trustee ("Trustee").

2. That Debtor filed a Statement of Intent indicating a desire to reaffirm the following:

    a)  Vehicle financed with Santander, which has been returned to creditor for execution and for filing with the Court.

3. That on February 20, 2013, the Clerk of this Court entered an Order Discharging Debtor prior to Debtor being able to obtain and file the desired Reaffirmation Agreement(s).

4. That on March 7, 2013, Debtor's Motion to Set Aside Discharge was granted.

5. That Debtor's Counsel is continuing with efforts to obtain the desired Reaffirmation Agreement(s) and believes with additional time, will be able to do so.

6. That Debtor respectfully requests that the entry of the Discharge Order be delayed up to and including May 15, 2013, for the limited purpose of filing the desired Reaffirmation Agreement(s).

WHEREFORE, the Debtor respectfully moves this Honorable Court to enter its Order delaying entry of the Discharge Order for the Limited Purpose of Filing Reaffirmation Agreement(s); allow time up to and including May 15, 2013 to do so; and for such additional or alternative relief as may be just and proper.

                                                              The Law Office of Tracy A. Brown, P. C.

By:   /s/_____
        Tracy A. Brown, #61161MO
        LaShea Borden #63418MO
        Attorneys for Debtor
        1034 S. Brentwood Blvd, Suite 1830
        St. Louis, MO  63117
        (314) 644-0303
        (314) 644-0333 fax
        tbrownfirm@bktab.com

**Certificate of Service**

The undersigned hereby certifies that a copy of the foregoing Motion to Set Aside Discharge Order for the Limited Purpose of Filing Reaffirmation Agreement(s) was served either through the Court's ECF system or by regular mail this 1st Day of April, 2013, upon the Parties below.

/s/_____
Brian J Lambert

Karen Wilkes
4727 North Hills Lane
St. Louis, MO  63121

David Sosne
8909 Ladue Road
St. Louis, MO  63124
Chapter 7 Trustee

Office of the US Trustee
111 South 10th Street, Suite 6353
St. Louis, MO 63102

Santander Consumer
Bankruptcy Department
P.O. Box 961245
Ft. Worth, TX  76161